

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF R. A. JR., | § | No. 08-23-00273-CV |
| A JUVENILE. | § | Appeal from the |
| | § | 65th Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2300050) |

## **J U D G M E N T**

The Court has considered Appellant's request to dismiss this appeal and concludes the appeal should be dismissed. We therefore dismiss the appeal. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect to costs. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JANUARY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.